DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MATTHEW ROBERT MCGUIGAN,**
Appellant,

v.

**ROOPA P. PERSAUD** and **PENINSULA APPRAISAL SERVICES, INC.,**
Appellees.

No. 4D21-2106

[April 21, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Haimes, Judge; L.T. Case No. CACE 20-18220 (08).

Matthew Robert McGuigan of Mill Stone Legal Group, LLC, Coral Springs, for appellant.

Wayne M. Alder of Fisher Broyles, LLC, Pompano Beach, for appellees.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***